**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-2148**

———————

SEGUNDO M. GUALLPA, a/k/a Manuel Guallpa,
a/k/a Segundo Guallpa-Tacuri,

Petitioner,

versus

JOHN ASHCROFT, Attorney General of the United
States,

Respondent.

———————

On Petition for Review of an Order of the Board of Immigration
Appeals. (A76-576-186)

———————

Submitted: September 10, 2003        Decided: November 10, 2003

———————

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Mary A. Berlin, LAW OFFICE OF MARY ANN BERLIN, P.A., Baltimore,
Maryland; Allen R. Dyer, Ellicott City, Maryland, for Petitioner.
Peter D. Keisler, Assistant Attorney General, Emily Anne Radford,
Assistant Director, Papu Sandhu, Senior Litigation Counsel, Office
of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE,
Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Segundo M. Guallpa petitions for review an order of the Immigration and Naturalization Service reinstating a prior removal order. Insofar as Guallpa challenges the underlying removal order, we have no jurisdiction. See Padilla v. Ashcroft, 334 F.3d 921, 924 (9th Cir. 2003); Avila-Macias v. Ashcroft, 328 F.3d 108, 115 (3d Cir. 2003); see also Smith v. Ashcroft, 295 F.3d 425, 429 (4th Cir. 2002). Furthermore, we find Guallpa was not prejudiced by the procedures leading to the order reinstating the removal order.

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court, and argument would not aid the decisional process.

PETITION DENIED